JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ALANIS RICO, | CASE NO. ED CV11-00576-AHM (SSx) |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| ERIC H. HOLDER, JR., *et al.*, | |
| Defendants. | |

By minute order dated July 26, 2011, the Court ordered Plaintiff to show cause by not later than August 22, 2011, why the Court should not dismiss this action as moot. The Court cautioned Plaintiff that "[f]ailure to respond on or before that date will be considered consent to dismissal." Plaintiff nevertheless failed to timely file a response to the order to show cause.

Good cause appearing therefor, the Court hereby dismisses the complaint without prejudice. The clerk is directed to close this file.

IT IS SO ORDERED.

DATE: September 7, 2011

_____
A. Howard Matz
United States District Judge

**JS-6**